UNITED STATES DISTRICT COURT
STATE OF MINNESOTA

Lynn Davidson,

Plaintiff,

vs.

Aetna Life Insurance Company,

Defendant.

**Case No. 00-2345 JRT/RLE**

**STIPULATION TO STAY LITIGATION**

WHEREAS, plaintiff Lynn Davidson brought a lawsuit against defendant Aetna Life Insurance Company ("Aetna") asserting Aetna improperly determined the amount of benefits she was entitled to receive under the Avon Products, Inc. Long Term Disability Plan ("the Plan") offered to her by her employer, Avon Products, Inc. ("Avon");

WHEREAS, the Plan is governed by the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. § 1001, *et. seq*.;

WHEREAS, pursuant to ERISA, plaintiff is required to exhaust her administrative remedies before commencing a lawsuit, but she failed to do so by failing to appeal Aetna's determination before bringing this lawsuit,

WHEREAS, the purpose for requiring the exhaustion of administrative remedies when seeking benefits from an ERISA plan includes reducing the number of frivolous lawsuits, promoting the consistent treatment of claimants, providing a non-adversarial method for settling claims, minimizing the cost of claims settlement for all concerned, and to help assemble a factual record which will assist a court in reviewing the fiduciaries' actions;

FILED NOV 06 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

THE PARTIES TO THIS ACTION HEREBY STIPULATE AS FOLLOWS:

1. To stay the litigation of this matter until the internal appeals process has been completed, including a review of the dispute by Avon;

2. That plaintiff, with the assistance of her counsel, will forward documentation as requested by Aetna and/or Avon for consideration on appeal;

3. That upon receipt of the necessary documentation and arguments disputing plaintiff's long term disability benefit determination, Aetna and/or Avon will assess the issue according to the internal appeals process and timely notify plaintiff of its determination;

4. That after the final appeal and determination, plaintiff will assess whether she will resume litigation of this matter, and will inform defense counsel and the court.

LYNN DAVIDSON, through her counsel,

DATED: 10-26, 2000

James W. Balmer (4376)
FALSANI, BALMER, PETERSON & QUINN
1200 Alworth Building, 306 West Superior Street
Duluth, MN 55802
(218) 723-1990

AETNA LIFE INSURANCE COMPANY, by its counsel,

DATED: October 26, 2000

Gregory M. Weyandt (116324)
Doreen A. Mohs (249968)
Attorneys for Defendant Aetna
RIDER, BENNETT, EGAN & ARUNDEL, LLP
333 South Seventh Street, Suite 2000
Minneapolis, Minnesota 55402
(612) 340-7925/8979

**ORDER TO STAY LITIGATION**

IT IS HEREBY ORDERED pursuant to the foregoing Stipulation, that the above-entitled action is hereby stayed to allow the completion of the applicable internal appeals process for assessing plaintiff's benefits under the Avon Products, Inc. Long Term Disability Plan.

BY THE COURT:

Dated: Nov 3, 2000

Honorable John R. Tunheim
Judge of United States District Court
District of Minnesota