**ORIGINAL**

(Revised 10/01) Admission Pro Hac Vice

# UNITED STATES DISTRICT COURT

District of Minnesota
Clerk's Office, 700 Federal Building,
316 North Robert Street, St. Paul, MN 55101
Phone: 651-848-1100

## MOTION FOR ADMISSION PRO HAC VICE

Case Number: 00-2345 JRT/RLE Case Title: Lynn R. Davidson v. Aetna Life Insuran

### Affidavit of Movant

I, Jerome D. Feriancek ,an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac Karen Wildau , an attorney admitted to practice in the ________ District of Georgia ,but not admitted to the bar of this court, who will be counsel for ☐ plaintiff ☑ defendant Avon Products, Inc. in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

| | | |
|---|---|---|
| [signature] | 238119 | 5-21-02 |
| Signature | MN Attorney License # | Date |

### Affidavit of Proposed Admittee

I, Karen Wildau , am currently a member in good standing of the U.S. District Court for Northern District of Georgia , but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

| | | |
|---|---|---|
| Karen Wildau | [signature] | 6-27-02 |
| Type/Print Name | Signature | Date |

Attorney License Number: 758612

Law Firm Name & Address: Powell, Goldstein, Frazer & Murphy, LLP
191 Peachtree Street NE -- 16th Floor
Atlanta, GA 30303-1736

Telephone: 404/572-6600

Motion Granted: [signature] JUL 1 0 2002
For the Court: Richard D. Sletten, Clerk Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action

FILED JUL 1 0 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

**ORIGINAL**

(Revised 10/01) Admission Pro Hac Vice

# UNITED STATES DISTRICT COURT

District of Minnesota
Clerk's Office, 700 Federal Building,
316 North Robert Street, St. Paul, MN 55101
Phone: 651-848-1100

## MOTION FOR ADMISSION PRO HAC VICE

Case Number: 00-2345 JRT/RLE Case Title: Lynn R. Davidson v. Aetna Life Insuran

### Affidavit of Movant

I, Jerome D. Feriancek, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac Michael P. Carey, an attorney admitted to practice in the ______ District of Georgia, but not admitted to the bar of this court, who will be counsel for ☐ plaintiff ☑ defendant Avon Products, Inc. in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

[signature] Signature — 238119 MN Attorney License # — 5-21-02 Date

### Affidavit of Proposed Admittee

I, Michael P. Carey, am currently a member in good standing of the U.S. District Court for Northern District of Georgia, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

Michael P. Carey Type/Print Name — [signature] Signature — 6/28/02 Date

Attorney License Number: 109364

Law Firm Name & Address: Powell, Goldstein, Frazer & Murphy, LLP
191 Peachtree Street NE -- 16th Floor
Atlanta, GA 30303-1736

Telephone: 404/572-6600

Motion Granted: [signature]
For the Court: Richard D. Sletten, Clerk — JUL 10 2002 Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action

FILED JUL 1 0 [illegible]
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______