UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * *

Lynn R. Davidson,

Plaintiff,

vs. NOTICE OF HEARING

Aetna Life Insurance Co.,
and Avon Product, Inc.,

Defendants. Civ. No. 00-2345(JRT/RLE)

* * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 23rd day of July, 2002.

* * *

The Court has received the Plaintiff's correspondence dated July 3, 2002, and the Defendants' correspondence dated July 12, 2002, regarding a case management problem. A telephone conference is set for 9:30 a.m., Monday, July 29, 2002. Counsel for the Plaintiff is asked to make arrangements for the telephone conference.

BY THE COURT:

Raymond L. Erickson
United States Magistrate Judge

(18)

FILED JUL 23 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK