THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

LYNN R. DAVIDSON,

Plaintiff,

vs.

AETNA INSURANCE CO., AND AVON PRODUCTS, INC.,

Defendant.

Court File No. 00-2345 (JRT/RLE)

**STIPULATION AND ORDER FOR DISMISSAL OF AETNA INSURANCE CO. WITH PREJUDICE**

## STIPULATION

The Parties, hereby stipulate and agree as follows:

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their respective counsel, that the claims against Aetna Insurance Co. asserted in this action may be and hereby are dismissed with prejudice and on the merits, but without further costs to any of the parties.

IT IS FURTHER STIPULATED AND AGREED, that any of the parties, without notice to the others, may cause judgment of dismissal with prejudice and on the merits to be entered herein.

This Stipulation may be executed in counterparts.

FALSANI, BALMER, PETERSON & QUINN

By ______________________
James W. Balmer (4376)
Attorney for Plaintiff
1200 Alworth Building
306 West Superior Street
Duluth, MN 55802-1800
Ph.: 218-723-1990

Dated: 11-25, 2002

902310-1

DEC ... ENTD ...

By [signature]

POWELL, GOLDSTEIN, FRAZER & MURPHY, LLP
Karen Wildau, Esq. (GA # 758612)
Michael Carey, Esq. (GA # 109364)
191 Peachtree St., NE, 16th Floor
Atlanta, Georgia 30303
404/572-6600

and

THIBODEAU, JOHNSON & FERIANCEK, PLLP
Thomas R. Thibodeau, Esq. (108960)
Jerome D. Feriancek, Esq. (#238119)
302 W. Superior Street, Ste. 800
Duluth, MN 55802
218-722-0073

Dated: October 30, 2002

Attorneys for Defendant Avon Products, Inc.

RIDER, BENNETT, EGAN & ARUNDEL, LLP

By [signature]
Doreen A. Mohs (249968)
Attorneys for Defendant Aetna Insurance Co.
333 South Seventh Street
Suite 2000
Minneapolis, MN 55402
(612) 340-8979

Dated: October 10, 2002

By ______________________________

POWELL, GOLDSTEIN, FRAZER & MURPHY, LLP
Karen Wildau, Esq. (GA # 758612)
Michael Carey, Esq. (GA # 109364)
191 Peachtree St., NE, 16th Floor
Atlanta, Georgia 30303
404/572-6600

and

THIBODEAU, JOHNSON & FERIANCEK, PLLP
Thomas R. Thibodeau, Esq. (108960)
Jerome D. Feriancek, Esq. (#238119)
302 W. Superior Street, Ste. 800
Duluth, MN 55802
218-722-0073

Dated:____________________, 2002

Attorneys for Defendant Avon Products, Inc.

RIDER, BENNETT, EGAN & ARUNDEL, LLP

By ______________________________
Doreen A. Mohs (249968)
Attorneys for Defendant Aetna Insurance Co.
333 South Seventh Street
Suite 2000
Minneapolis, MN 55402
(612) 340-8979

Dated: October 10, 2002

**ORDER**

Pursuant to the foregoing Stipulation, it is hereby ordered that the above-entitled action is dismissed with Prejudice.

JUDGMENT SHALL BE ENTERED ACCORDINGLY.

BY THE COURT:

DATED: Dec. 9, 2002

John R. Tunheim

The Honorable Judge John R. Tunheim
United States District Court Judge